E. BRYAN WILSON
Acting United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99709
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YAUNA MARIE TAYLOR,<br><br>Defendant. | No.   4:21-cr-00014-RRB-SAO<br><br>COUNT 1:<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B) |

I N D I C T M E N T

The Grand Jury charges that:

//

//

//

//

//

COUNT 1

On or about April 1, 2021, within the District of Alaska, the defendant, YAUNA MARIE TAYLOR, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 100 grams or more of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Kyle Reardon for
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America



s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States Attorney
United States of America


DATE: 4/28/2021