IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 4:21-cr-00014-RRB-SAO |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| YAUNA MARIE TAYLOR, | ) |
| Defendant. | ) |

**ORDER**

Having duly considered the United States' Motion to Quash Arrest Warrant and Issue a Summons, the motion is hereby granted. The arrest warrant issued on April 29, 2021, shall be quashed and instead, a summons issued to the defendant.

DATED this 30th day of April, 2021, at Fairbanks, Alaska.

                                          s/SCOTT A. ORAVEC
                                    UNITED STATES DISTRICT JUDGE