# UNITED STATES DISTRICT COURT RECEIVED
## for the
### District of Alaska

MAY 17 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

United States of America )
v. )
)
) Case No. 4:21-cr-00014-RRB-SAO
YAUNA MARIE TAYLOR )
)
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: Federal Building - U.S. Courthouse 101 12th Avenue, Third Floor Fairbanks, Alaska 99701-6283 | Courtroom No.: 326 |
| --- | --- |
| | Date and Time: 5/26/21 at 9:00 AM |

This offense is briefly described as follows:

21:841(a)(1), (b)(1)(B) POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE

Date: _____5/4/21_____    by _____, Deputy Clerk
                                 *Signature of Issuing Officer*

                          Brian D. Karth, Clerk of Court
                          *Name and title of Issuing Officer*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: 12 MAY 2021

                          *Server's signature*

                          DERIK STONE, FBI
                          *Printed name and title*