UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>YAUNA MARIE TAYLOR,<br><br>　　　　　　　　Defendant. | Case No.: 4:21-CR-00014-RRB-SAO<br><br>**RIGHT TO SPEEDY TRIAL ACT / FIRST STEP ACT ACKNOWLEDGMENT & WAIVER** |

　　　I, Yauna Marie Taylor, the above named defendant, understand that I have a right to a trial in this matter within seventy (70) days from my arraignment on the indictment/information. I also understand that I can agree to certain exclusions from this 70-day period. In order to allow my attorney a reasonable period of time necessary for effective preparation and representation including: reviewing the discovery and evidence in my case, conducting an independent investigation, researching potential pretrial motions, evaluating options for pretrial resolution (plea bargain), and/or preparing for trial in the event a pretrial resolution does not occur, I agree that an initial exclusion of time should occur between this date and my Trial Setting Conference.

　　　Therefore, I agree that the period from today through the date of my Trial Setting Conference [set approximately forty-five (45) days from now] should be excluded from the seventy (70) day speedy trial calculation. This will allow the United States to provide discovery to my attorney, my attorney to review it and discuss it with me, my attorney to review possible defenses with me, and my attorney to advise me of potential courses of action. This will also permit my attorney to be prepared to advise the court about the status of the case at the Trial Setting Conference at which the Court will address any further possible speedy trial issues.

　　　DATED this 1st day of June, 2021.

　　　　　　　　　　　　　　　　　　　　*s/ Gary Colbath*, Assistant Federal Defender, for
　　　　　　　　　　　　　　　　　　　　Defendant after consultation
　　　　　　　　　　　　　　　　　　　　Yauna Marie Taylor, Defendant