# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS.   YAUNA MARIE TAYLOR

CASE NO:  4:21-CR-00014-RRB-SAO

---

Defendant    YAUNA MARIE TAYLOR   ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐  Released to _____, the third-party custodian(s).

☐  Paid cash bail in the amount of  $ _____

☐  Posted unsecured bond in the amount of  $ _____

☐  Posted bond secured by  ☐ property or  ☐ Surety in the amount of  $ _____
with the Clerk of Court

☐  Surrendered passport to the U.S. Probation and Pretrial Services Office

☒  Other  **To be released at 12:00 PM on 6/23/21 to a U.S. Pretrial Services Officer or a
a staff member of the Restore  Program.**

DATED at **Fairbanks**, Alaska, this **22nd** day of **June, 2021**.

*s/MATTHEW M. SCOBLE*



Matthew M. Scoble
United States Magistrate Judge

Original & 1 cy to U.S. Marshal